# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

March 4, 2025

> Plaintiff's request is GRANTED. The deadlines are extended as follows:
> - Plaintiff's Motion for Judgment on the Pleadings is due on or before **June 6, 2025**;
> - Defendant's Response to Plaintiff's Motion/Cross Motion is due on or before **August 5, 2025**; and
> - Plaintiff's Reply, if any, is due on or before **August 19, 2025**.
>
> The Clerk of Court is respectfully requested to terminate ECF 11.
>
> Dated: March 5, 2025
> New York, NY
>
> SO ORDERED
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Gonzalez v. Commissioner of Social Security,*
              Civil Action 1:24-cv-09348-RFT

Dear Judge Tarnofsky,

      We write on behalf of plaintiff, Charito Altagracia Gonzalez, and with the consent of the defendant, to request an extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due March 13, 2025, per the Court's December 10, 2024 Standing Scheduling Order. This is the parties' first request for an extension.

      Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before: **June 6, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **August 5, 2025**; and

3. Plaintiff to file his reply, if any, on or before: **August 19, 2025.**

Honorable Robyn F. Tarnofsky
March 4, 2025
Page 2

Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                s/Daniel A. Osborn
                                                Daniel A. Osborn
                                                OSBORN LAW, P.C.
                                                43 West 43rd Street, Suite 131
                                                New York, New York 10036
                                                Telephone:   212-725-9800
                                                Facsimile:    212-500-5115
                                                dosborn@osbornlawpc.com

cc: Ariella Renee Zoltan, Esq. (by ECF)