# OSBORN LAW P.C.

Daniel A. Osborn, Esq.            dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.            ltrust@osbornlawpc.com

June 4, 2025

> Application GRANTED. I do not anticipate granting further extensions of these deadlines absent extraordinary cause. The deadlines are extended as follows:
> - Plaintiff's Motion for Judgment on the Pleadings is due on or before **July 21, 2025**;
> - Defendant's Response to Plaintiff's Motion/Cross Motion is due on or before **September 17, 2025**; and
> - Plaintiff's Reply, if any, is due on or before **October 3, 2025**.
>
> The Clerk of Court is respectfully requested to terminate ECF 13.
>
> Dated: June 5, 2025
>         New York, NY
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Gonzalez v. Commissioner of Social Security,
       Civil Action 1:24-cv-09348-RFT

Dear Judge Tarnofsky,

     We write on behalf of plaintiff, Charito Altagracia Gonzalez, and with the consent of the defendant, to request an extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due June 6, 2025, per the Court's March 5, 2025 Order Granting Extension of Time. This is the parties' second request for an extension. Plaintiff requests this extension due to a heavy briefing scheduling this week and for the next several weeks.

     Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before: **July 21, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **September 17, 2025**; and

Honorable Robyn F. Tarnofsky
June 4, 2025
Page 2

3. Plaintiff to file his reply, if any, on or before: **October 3, 2025.**

Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                s/Daniel A. Osborn
                                                Daniel A. Osborn
                                                OSBORN LAW, P.C.
                                                43 West 43rd Street, Suite 131
                                                New York, New York 10036
                                                Telephone:   212-725-9800
                                                Facsimile:    212-500-5115
                                                dosborn@osbornlawpc.com

cc: Ariella Renee Zoltan, Esq. (by ECF)