UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARITO ALTAGRACIA GONZALEZ, <br><br> Plaintiff, <br><br> -against- <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | 24-CV-9348 (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

On July 21, 2025, Plaintiff filed a motion for judgement on the pleadings. The Government's opposition shall be filed by **December 4, 2025.** Plaintiff's reply brief shall be filed by **December 29, 2025.**

DATED:  November 19, 2025
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge